12980.  BUSH *v.* MIAMI TRAILER COMPANY.

BROYLES, C. J.  Under the evidence adduced there were issues of fact which should have been submitted to the jury, and the court erred in directing a verdict for the plaintiff.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED FEBRUARY 14, 1922.

Complaint; from Ben Hill superior court — Judge Gower. August 31, 1921.

*D. E. Griffin,* for plaintiff in error.

*A. J. & J. C. McDonald,* contra.

---

13094.  TODD *v.* THE STATE.

BROYLES, C. J.  1. Under the evidence and the defendant's statement to the jury, the failure of the court to charge upon the law of involuntary manslaughter was not error.

2. The remaining grounds of the amendment to the motion for a new trial are without substantial merit.

3. The verdict was amply supported by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED FEBRUARY 14, 1922.

Conviction of manslaughter; from Tattnall superior court — Judge Sheppard.  October 22, 1921.

*H. H. Elders, E. C. Collins,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

---

13097.  SWAIN *v.* THE STATE.

BLOODWORTH, J.  1. There is no merit in any of the special grounds of the motion for a new trial.

2. There is ample evidence to support the verdict, which has the approval of the judge who tried the case, and this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED FEBRUARY 14, 1922.

Accusation of vagrancy; from city court of Thomasville — Judge W. H. Hammond.  October 12, 1921.

*B. B. Earle,* for plaintiff in error.